**Entered on Docket
June 30, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

JORGE L. SANCHEZ, ESQ,
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
Attorneys for Debtors,

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) CHAPTER 13 |
| RIGOBERTO PEREZ | ) CASE NO: 09-14888-LBR |
| Debtors. | ) DATE: June 18, 2009 <br> ) TIME: 3:30 p.m. |

**ORDER GRANTING MOTION TO VALUE COLLATERAL, "STRIP OFF" AND
MODIFY RIGHTS OF WILSHIRE CREDIT PURSUANT TO
11 U.S.C. § 506(a) and § 1322**

Debtor's Motion to Value Collateral, "Strip Off" and Modify Rights of Wilshire Credit pursuant to 11 U.S.C. § 5060 and § 1322 having been duly filed and served on Wilshire Credit and having come before this Court for hearing on the date and at the time set forth above with Debtor appearing by and through their legal counsel Jorge L. Sanchez, Esq., of the law firm of Sanchez Law Group, Ltd., and none of the named lien holders/lenders/servicers having appeared or otherwise having responded, and good cause appearing therefor;

1

IT IS HEREBY ORDERED THAT:

The lien of Wilshire Credit be and is herewith avoided and "stripped off" from the Debtor's real property identified above upon completion of Debtor's Chapter 13 plan and shall henceforth be treated as a "non-priority general unsecured claim" pursuant to §506(a).

DATED: June 26, 2009

Submitted by:

/s/JORGE L. SANCHEZ
Jorge L. Sanchez, Esq.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
Attorneys for Debtor(s)

Approved/Disapproved

_____
Kathleen Leavitt, Trustee

ALTERNATIVE METHOD re: RULE 9021:

    In accordance with Local Rule 9021, undersigned certifies:

        \_\_\_\_\_ The court waived the requirements of LR 9021.

        \_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

        __X__ I have delivered a copy of this proposed order to all counsel who appeared at hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

\_\_\_\_\_      Approved Debtor(s) Attorney/Trustee

\_\_\_\_\_      Disapproved Debtor(s) Attorney/Trustee

_X_      Failed To Respond Trustee

###

3