

**Entered on Docket
September 28, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

JORGE L. SANCHEZ, ESQ,
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
Attorneys for Debtors,

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | BK-09-14888-LBR |
| | ) | |
| RIGOBERTO PEREZ | ) | CHAPTER 13 |
| | ) | |
| | ) | **ORDER TO AVOID LIENS, VALUE** |
| | ) | **REAL PROPERTY KNOWN AS** |
| | ) | **512 JULIAN STREET, LAS VEGAS, NV** |
| | ) | **89101 TO $118,000.00, "STRIP OFF"** |
| | ) | **AND MODIFY RIGHTS** |
| | ) | **OF AMERICAS SERVICING** |
| | ) | **COMPANY   PURSUANT TO** |
| | ) | **11 U.S.C. § 506(a) AND § 1322** |
| Debtor. | ) | |
| | ) | |

Debtors' Motion to Value Collateral, "Strip Off" and Modify Rights of AMERICAS SERVICING COMPANY pursuant to 11 U.S.C. § 506(a), and § 1322, and Bankruptcy Rules 3012 and 9014, having been duly filed and served on AMERICAS SERVICING COMPANY, having come before this Court for hearing on the date and at the time set forth above with

1

Debtors appearing by and through their legal counsel Jorge L. Sanchez, Esq., of the law firm of Sanchez Law Group, Ltd., and none of the named lien holders/lenders/servicers having appeared or otherwise having responded, and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. Value of Debtor's residential real property located at 512 Julian Avenue, Las Vegas NV 89101 to be $118,000.00; and

2. The first lien of AMERICAS SERVICING COMPANY, Account # 1061158053496 is secured only to the amount of $118,000.00 and the remaining balance of its loan shall be deemed unsecured and paid pro rata with other general unsecured creditors through the Debtor's Chapter 13 plan;

3. Any future claims filed by AMERICAS SERVICING COMPANY respecting Debtors' residence real property must conform with the secured/unsecured status set forth above.

DATED: September 23, 2009                    Respectfully Submitted:

                                                            /s/Jorge L. Sanchez, Esq. /s/
                                                            Jorge L. Sanchez, Esq.
                                                            Attorney for Debtor

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, undersigned certifies:

\_\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_X\_\_ I have delivered a copy of this proposed order to all counsel who appeared at hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

\_\_\_\_\_ Approved Debtor(s) Attorney/Trustee

\_\_\_\_\_ Disapproved Debtor(s) Attorney/Trustee

\_\_X\_\_ Failed To Respond Trustee

###