**Entered on Docket
January 26, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 1-13-10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RIGOBERTO PEREZ,<br><br>            Debtor. | BK-S-09-14888-LBR<br>Chapter 13<br><br>**CONDITIONAL ORDER OF DISMISSAL**<br><br>Hearing Date: January 5, 2010<br>Hearing Time: 9:30 A.M. |

    Contested Confirmation having come on for hearing in the above-entitled Court on January 5, 2010, at 9:30 a.m., with Marianne Gatti, Esq. appearing on behalf of Rick A. Yarnall, other appearances as noted on record, based upon the papers and pleadings on file herein, and good cause appearing:

    IT IS HEREBY ORDERED that Debtor(s) must convert to a Chapter 7 bankruptcy by January 29, 2010.

    IT IS FURTHER ORDERED that if Debtor fails to comply with the above stated condition, Trustee may submit an Ex-Parte Order Dismissing Case;

IT IS SO ORDERED.

Submitted by:

_____     Date: ___1-5-10___
Marianne Gatti, Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

Approved

_____     Date: _____
Jorge Sanchez, Esq.
Counsel for Debtor(s)

Approved

_____     Date: _____
Gregory L. Wilde, Esq.
Counsel for America's Servicing Co.

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and ~~either with the motion, or at the hearing,~~ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below[list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Jorge Sanchez, Esq.          approved____     disapproved____     failed to respond _X_

Gregory L. Wilde, Esq.       approved____     disapproved____     failed to respond _X_