RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                                         E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:                                                              CASE NO: BKS-09-14888-LBR
RIGOBERTO PEREZ
                                                                    CHAPTER 13

                                                                    Hearing Date:   September 30, 2010
                                                                    Hearing Time:   1:30 pm

CROSBY & ASSOCIATES
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #5
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of Plan and hereby represents the following:

The debtor(s) filed for Chapter 13 relief on 04/01/2009.  The 341(a) Meeting of Creditors held on August 24, 2010 at 9:30 am was:

- continued to September 21, 2010   1:30 pm

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) are delinquent in plan payments
- Other: Attorney to file motion to avoid lien of 2nd TD & have completed prior to confirmation hearing
- Amendment(s) to Schedule(s)/SOFA:  Schedule I/J re current income and expenses; Objection to retaining rental property with negative cash flow
- The debtor(s) has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided:
  - Tax returns:  2009
  - Pay stubs:  Nov 21, Feb 13, Mar 27
  - Bank statments:  NFCU#1319 Oct, Mar
  - Other:  Provide copy of Authorization Form, Information Sheet and Mortgage Statement.
- Plan - Other issues:  Trustee objects to attorney's fees sought to be paid thru Plan. Attorney's fees exceed amount previously established by attorney

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00 per quarter the case is pending.

Dated:  September 10, 2010

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee